### 13514.   KIRKLAND *et al. v.* THE STATE.

BROYLES, C. J.   1. The amendment to the motion for a new trial was
without merit, as it was based upon alleged newly discovered evidence
which was merely cumulative and impeaching in its character.

2. While the evidence connecting the defendants with the offense charged
was purely circumstantial, this court, after a careful review of the
evidence, cannot say that it was insufficient to authorize the jury to
find that it excluded every reasonable hypothesis in the case save that
of the defendants' guilt.   "Questions of fact are for the jury, es-
pecially in cases of circumstantial evidence; and where no error of
law has been committed, and the court has submitted to them the
law in regard to such evidence and no complaint is made about the
charge in this respect, and there is ample evidence to authorize the
finding, this court will not interfere — the verdict being neither against
the law nor the evidence."  *Fraser* v. *State,* 55 *Ga.* 326 (6).

3. The verdict was authorized by the evidence, and, the finding of the
jury having been approved by the trial court, this court is without
authority to interfere.
             *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                         DECIDED JUNE 14, 1922.

Indictment for burglary; from Toombs superior court — Judge
Hardeman.   March 3, 1922.

*Wimberly E. Brown, A. C. Saffold,* for plaintiff in error.